UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELA Medical, Inc.,

    Plaintiff,

v.                                           Civ. No. 06-3580 (JNE/SRN)
                                                ORDER

Arrhythmia Management Associates, Inc.,
Deborah Whitney, and Biotronik, Inc.,

    Defendants.

This matter is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on February 22, 2007. The magistrate judge recommended that Defendants' motions to dismiss, transfer, or stay this action be denied. Defendants objected to the magistrate judge's Report and Recommendation, and Plaintiff responded. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Arrhythmia Management Associates, Inc., and Deborah Whitney's Motion to Dismiss, Transfer, or Stay this Action [Docket No. 9] and Amended Motion to Dismiss, Transfer, or Stay this Action [Docket No. 13] are DENIED.

2. Biotronik, Inc.'s Motion to Dismiss, Transfer, or Stay this Action [Docket No. 3] is DENIED.

Dated: March 21, 2007

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge